| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN | EX PARTE PETITION AND ORDER TO SHOW CAUSE JUROR | CASE NUMBER: 1:24-MC-1866 |
|---|---|---|

Court Address:   110 Michigan Street NW, 399 Federal Building, Grand Rapids, MI 49503   Jury Administration Office: (616) 456-2383

IN THE MATTER OF JUROR MISCONDUCT

RE: **KEVIN JAMES BRYANT-MUNIZ**            Participant # __101234486__

### EX PARTE PETITION

1. The above-named individual was randomly selected for federal jury service and was summoned to appear for jury service on __11/4/2024__ at 8:00 a.m.. to __315 W. Allegan Street, Lansing, Michigan 48933.__

2. Upon information and belief, the above-named individual engaged in one or more of the following acts:
   a. **X** failed to answer the questionnaire provided for in 28 U.S.C. § 1866(g)
   b. **X** failed to appear for jury service at the time and place notified without being excused
   c. ☐ refused to take an oath or affirmation
   d. ☐ refused to answer questions pertaining to juror qualifications
   e. ☐ failed to attend court as directed by the judge presiding over the jury trial
   f. ☐ acted or omitted to act with the design to subvert the jury process
   g. ☐ other _____

3. The Jury Administrator requests the court issue an Order to Show Cause why **KEVIN JAMES BRYANT-MUNIZ** should not be held in contempt pursuant to 28 U.S.C. § 1866(g) for one or more acts listed above.

I declare that the above statements are true to the best of my information, knowledge, and belief.

__12/4/2024__                    /s/ Kristi V. Taylor
Date                             Jury Administrator

### ORDER TO SHOW CAUSE

TO: **KEVIN JAMES BRYANT-MUNIZ**, 1748 Peggy Pl, Lansing, Michigan 48910-2589:

YOU ARE ORDERED TO APPEAR on __DECEMBER 16, 2024, at 11:00 a.m.__ before the Honorable Phillip J. Green, __110 Michigan St. NW, Courtroom 499, Grand Rapids, Michigan,__ to show cause why you should not be held in contempt of court. If you **FAIL TO APPEAR** for this show cause hearing, a **BENCH WARRANT SHALL ISSUE FOR YOUR ARREST.**

IT IS SO ORDERED.

__12/4/2024__                    /s/ Phillip J. Green
Date                             Phillip J. Green
                                 United States Magistrate Judge

I certify, that on this date, I served a copy of this ex parte petition and order on the above identified juror by first-class mail and by certified mail to the verified last known address shown above.

Date: __12/5/2024__              /s/ Kristi V. Taylor
                                 Signature